UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

    Plaintiff,

v.

HAROLD P. SMITH, et al.,

    Defendants.

Case No. 19-cv-02084-JST

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Re: ECF No. 5

On April 22, 2019, the Court dismissed Plaintiff Carl A. Wescott's complaint for apparent lack of subject matter jurisdiction. ECF No. 5. In that order, the Court noted as follows:

> Plaintiff may file an amended complaint not later than thirty days from the date of this order which corrects the deficiencies addressed in this order and provides a basis for the exercise of federal jurisdiction. Failure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Plaintiff will not be allowed to pursue this claim any further.

Plaintiff has not filed an amended complaint. Accordingly, this matter is hereby dismissed with prejudice. The Clerk is directed to enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2019

                                      JON S. TIGAR
                                United States District Judge