

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

FILED
JUL -9 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

941O2>3489

NIXIE        957   7E 1         0207/06/19
     RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
     UNABLE TO FORWARD

BC: 94102348999        *2372-00801-06-34

Carl A. Wescott
P.O. Box 1906
San Francisco, CA 94966

19-cv-02084-JST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD P. SMITH, et al.,<br><br>Defendants. | Case No. 19-cv-02084-JST<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Re: ECF No. 5 |

On April 22, 2019, the Court dismissed Plaintiff Carl A. Wescott's complaint for apparent lack of subject matter jurisdiction. ECF No. 5. In that order, the Court noted as follows:

> Plaintiff may file an amended complaint not later than thirty days from the date of this order which corrects the deficiencies addressed in this order and provides a basis for the exercise of federal jurisdiction. Failure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Plaintiff will not be allowed to pursue this claim any further.

Plaintiff has not filed an amended complaint. Accordingly, this matter is hereby dismissed with prejudice. The Clerk is directed to enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2019

JON S. TIGAR
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD P. SMITH, et al.,<br><br>    Defendants. | Case No. 19-cv-02084-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 6 |

Pursuant to the Order Dismissing Complaint with Prejudice signed June 26, 2019, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 26, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By: _____
    Mauriona Lee, Deputy Clerk to the
    Honorable JON S. TIGAR